1  JOHN A. CROSE, JR. (Bar No. 115594)
   ISAACS CLOUSE CROSE & OXFORD LLP
2  21515 Hawthorne Boulevard, Suite 950
   Torrance, California 90503
3  jcrose@iccolaw.com
   Telephone: (310) 316-1990
4
5  Attorneys for Plaintiff & Counter-Def't LRN Corp.

FILED
CLERK, U.S. DISTRICT COURT
Apr 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LRN CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RGA REINSURANCE CO., a Missouri Corporation; and DOES 1 through 5, inclusive,<br>　　　　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIM<br>_____ | CASE: 2:14-cv-05771-CAS-RZ<br><br>**ORDER OF DISMISSAL ON STIPULATION [PROPOSED]**<br><br>[FRCP 41(a)(1)]<br><br><br>**JS-6** |

0

ORDER OF DISMISSAL

**ORDER**

The parties having stipulated and agreed to dismissal of the entire action with prejudice pursuant to their settlement of all claims and causes of action, with each party to bear its own costs, IT IS SO ORDERED. The above-entitled case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

DATED: __April 3, 2015__

_____
Hon. Stephen V. Wilson
United States District Judge